1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| STUART MACKENZIE, | NO. 13-CV-856-MMA(NLS) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| LAW OFFICE OF PEGGY REDMON; SEVEN LAKES HOME OWNERS ASSOCIATIONS, INC. | [Doc. No. 14] |
| Defendants. | |

Based on the Parties' joint motion and good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES with prejudice** the above-captioned action. The Clerk of Court shall terminate the case.

**IT IS SO ORDERED.**

DATED: October 3, 2013

Hon. Michael M. Anello
United States District Judge